# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

POLK COUNTY SCHOOL BOARD,

    Plaintiff,

v.                                                  CASE NO: 8:07-cv-19-T-26MAP

WILLIAM SAMMONS and JANE
SAMMONS, as legal guardians of A.S.,
an incapacitated adult,

    Defendants.
_____/

## O R D E R

Upon due consideration, it is ordered and adjudged that Defendants' Motion to Stay or Consolidate (Dkt. 4) is denied without prejudice for failure to comply with the requirements of Local Rule 3.01(g). Moreover, the Court's chambers' staff has been in contact with the chambers of Judges Bucklew and Merryday with regard to whether this case should be transferred to either of them in view of the earlier-filed cases. This Court will immediately advise the parties as soon as the issue of transfer has been resolved among the assigned judges.

**DONE AND ORDERED** at Tampa, Florida, on January 10, 2007.

                                          s/*Richard A. Lazzara*
                                          **RICHARD A. LAZZARA**
                                          **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record